In the Matter of SAMUEL FURSTENBURG, an Attorney.— Reference ordered to

Hon. M. Warley Platzek, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.